**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANTCELL, INC.; PATRICK SOON-SHIONG; and NANTWORKS, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LIBERTY INSURANCE UNDERWRITERS INC. and LIBERTY MUTUAL HOLDING COMPANY INC.,<br><br>　　　　Defendants. | CASE NO. 2:25-cv-02267-SVW-MAA<br><br>Assigned to Hon. Stephen V. Wilson<br><br>~~[PROPOSED]~~ **JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Judgment is hereby entered in favor of Liberty Insurance Underwriters Inc. ("Liberty")[1] and against Plaintiffs NantCell, Inc., Patrick Soon-Shiong, and NantWorks, LLC on all counts of Plaintiffs' Complaint.

DATED: May 7, 2026

_____
Hon. Stephen V. Wilson

---

[1] Liberty was incorrectly identified in the original caption as Liberty International Underwriters, Inc.  Liberty Mutual Holding Company Inc. was previously dismissed from this action pursuant to the November 6, 2025 Order on Defendants' Motion to Dismiss.  [ECF No. 40.]